IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN COVARRUBIAS,

    Plaintiff,

v.

RALPH'S GROCERY COMPANY, a/k/a FOODS CO.,

    Defendant.

No. C 02-5465 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On April 1, 2003, this Court denied defendant's motion for dismissal and summary judgment and granted defendant's motion to compel arbitration and to stay the action pending arbitration. On April 28, 2003, this Court denied plaintiff's motion for modification or clarification of its order and denied plaintiff's request to certify the order for appeal. Thereafter, the Ninth Circuit ordered the appeal dismissed for lack of jurisdiction. On September 7, 2004, this Court denied defendant's *ex parte* motion for a temporary restraining order and preliminary injunction to enjoin plaintiff from filing a related state court action. Since that time, there has been no activity in this matter.

Therefore, the Court HEREBY ORDERS the parties to submit a joint report by no later than August 22, 2005, advising the Court of the status of this matter.

**IT IS SO ORDERED.**

Dated: August 12, 2005

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE